Order entered December 12, 2012

005249



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01647-CR

## RICARDO BELTRAN, Appellant

V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-56077-M

## ORDER

Appellant was sentenced in the above appeal on January 30, 2012. He filed a motion for new trial on February 28, 2012 and a notice of appeal on April 26, 2012. The notice of appeal, however, was not forwarded to this Court until November 26, 2012. Neither the clerk's nor the reporter's records have been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **ORDER** Belinda Baraka, as official court reporter of the 194th Judicial District Court, to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk, Criminal Records

Division; Belinda Baraka, Official Court Reporter, 194th Judicial District Court; and counsel for all parties.

DAVID L. BRIDGES
JUSTICE